25 CV 856

Revised 03/06 WDNY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

FILED
SEP 11 2025
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

**FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT**
(Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

A. Full Name of Plaintiff: NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Cody M Miller

-vs-

B. Full Name(s) of Defendant(s) NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. Depew Police Station (Jhon does)
2. Jhon Doe
3. ___
4. ___
5. ___
6. ___

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections MUST be answered*

Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.

A. Basis of Jurisdiction in Federal Court: 42 U.S.C. § 1983 under color of law

State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.

B. Reason for Venue in the Western District: Objectively reasonable standard; Evidence suppression; fourth Amendment violation unreasonable government searches and seizures with out said warrant. (FOIL obtained)

Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.

C. Nature of Suit: 42 USC § 1983; Unreasonable Seizure; Excessive Force; Police Misconduct; Unlawful Search; Violation of Rights leading to financial hardships.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION**  NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: Cody Miller

Present Address: 22 W. 3rd St Depew NY 14043 United States

Name of Second Plaintiff: _____

Present Address: _____

**DEFENDANT'S INFORMATION**  NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: Depew Police Station

Official Position of Defendant (if relevant): _____

Address of Defendant: 85 Manitou St Depew, NY 14043

Name of Second Defendant: _____

Official Position of Defendant (if relevant): _____

Address of Defendant: _____

Name of Third Defendant: _____

Official Position of Defendant (if relevant): _____

Address of Defendant: _____

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**

Yes ☐  No ☒

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s): _____

Defendant(s): Depew Police Station

2. Court (if federal court, name the district; if state court, name the county): Erie County

3. Docket or Index Number: _____

4. Name of Judge to whom case was assigned: _____

5. The approximate date the action was filed: _____

6. What was the disposition of the case?

   Is it still pending? Yes ☐ No ☐

   If not, give the approximate date it was resolved. _____

   Disposition (check those statements which apply):

   ☐ <u>Dismissed</u> (check the statement which indicates why it was dismissed):

   ☐ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;
   ☐ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;
   ☐ By court due to your voluntary withdrawal of claim;

   ☐ <u>Judgment</u> upon motion or after trial entered for
   ☐ plaintiff
   ☐ defendant.

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." <u>Simmons v. Abruzzo</u>, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

**A. FIRST CLAIM:** On (*date of the incident*) _____,
defendant (*give the <u>name and (if relevant) the position held</u> of <u>each defendant</u> involved in this incident*) _____

did the following to me (*briefly state what each defendant named above did*): Shut off Body camera audio, Forcefully transported and given medical over $3,000.00, Tackled me on my stairwell in the privacy of my own home, Used excessive force and hand cuffed me without explaining why they were present in the first reason; leading me to Believe an ulterior motive was set in place to Search and strip my 2nd amendment rights protected under the United States constitution; discovered from Freedom of information Law (FOIL) proven Burden of proof.

The federal basis for this claim is: Civil Rights violation under 42 U.S.C. § 1983 under color of law

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: Demand Jury trial, may the Judge view FOIL if deemed suitable by the courts.

---

**B. SECOND CLAIM:** On (*date of the incident*) _____,
defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) _____

did the following to me (*briefly state what each defendant named above did*): _____

The federal basis for this claim is: _____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: _____

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

4

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

Mandate Defendant to pay for my mental health treatment I am seeking due to the explained complaints and awarded 4 Million Dollars of what the court deems suitable for the hardships I've experienced with the burden of proof I may provid by (FOIL) Freedom of Information Law.

Do you want a **jury trial**? Yes [X] No [ ]

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on _____
                    (date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_____
_____
                              Signature(s) of Plaintiff(s)

Cody Michael Miller
22 W 3rd St.
Depew, NY 14043

April 22, 2025                  FOR SETTLEMENT PURPOSES ONLY

Depew Police Department
85 Manitou St.
Depew, NY 14043

Re: Demand for Damages Due to Violation of Civil Rights and Excessive Force

Dear Depew Police Department,

The purpose of this letter is to demand compensation for the violation of Cody Michael Miller's civil rights under 42 U.S.C. § 1983, including excessive force, illegal detainment, and violations of the Fourth Amendment, as well as the resulting damages and hardships. The following facts support this demand:

1. On October 4, 2024, at 11:03 a.m., officers Reformat, Jones, Van-dusen, and Canna of the Depew Police Department used excessive force and detained Cody Michael Miller illegally at 22 W 3rd St., Depew, NY 14043.
2. The officers did not disclose the reason for their presence, leading Cody Michael Miller to contact the department for clarification.
3. Prior complaints involving the same officers were made by Cody Michael Miller 48 and 96 hours before the incident.
4. Complaints filed with the department regarding these issues appear to have been suppressed or disregarded.
5. Officers failed to follow body camera policy, as evidenced by footage obtained through a FOIL request showing sound being turned on and off.
6. Cody Michael Miller was forcefully transported by ambulance, incurring a $3,000 bill, and was held in inhumane hospital conditions for multiple days.
7. Cody Michael Miller was sleep-deprived during detention and received an inaccurate diagnosis without proper evaluation, despite having no prior mental health issues.
8. Cody Michael Miller was held against their will for three weeks, from October 4, 2024, to October 23, 2024, causing significant personal and financial harm.

Cody Michael Miller looks forward to resolving this matter amicably. This is Cody Michael Miller's last attempt to try and resolve the issue. If no response is provided 10 days after this letter's postage date, Cody Michael Miller intends to take further actions, including filing a lawsuit in court under 42 U.S.C. § 1983 to hold you and the involved officers responsible.

In court, Cody Michael Miller will present evidence to prove the claim. Once the court rules in Cody Michael Miller's favor, you will be required to promptly pay Cody Michael Miller. If you don't, all collection attempts will be made, including:

- reporting the judgment to your appropriate credit agencies,
- levying your bank accounts,
- putting liens on any real and personal properties,
- garnishing wages, money, or equivalent proceeds of business sales, and
- initiating additional collections actions where permissible.

Nothing in this letter constitutes a waiver of Cody Michael Miller's rights to pursue any remedies, including filing a lawsuit against the Depew Police Department and the involved officers.

For any questions or additional information, you may contact Cody Michael Miller via email at llcluckyservices@gmail.com.

Sincerely,


Cody Miller